

# U.S. DEPARTMENT *of* STATE
### CONSULAR ELECTRONIC APPLICATION CENTER

Online Nonimmigrant Visa Application (DS-160)

# Confirmation

**This confirms the submission of the Nonimmigrant visa application for:**



| | |
|---|---|
| Name Provided: | REDACTED |
| Date Of Birth: | REDACTED 1983 |
| Place of Birth: | COIMBATORE, INDIA |
| Gender: | Male |
| Country/ Region of Origin (Nationality) : | INDIA |
| Passport Number: | N9010757 |
| Purpose of Travel: | SPECIALTY OCCUPATION (H1B) |
| Completed On: | 03 JUL 2025 |
| Confirmation No: | **AA00ET57EB** |

**THIS IS NOT A VISA**

Location Selected:

**MDR
U.S. Consulate General Chennai
220 Anna Salai At Gemini Circle
Chennai
600 006**

Version 01.10.4

Note: Electronically submitting your DS-160 online application is the FIRST STEP in the visa application process. The next step is to review the internet page of the embassy or consulate where you plan to apply for your visa. Most visa applicants will need to schedule a visa interview, though some applicants may qualify for visa renewal. The embassy or consulate information may include specific local instructions about scheduling interviews, submitting your visa application, and other frequently asked questions.

**YOU MUST BRING** the confirmation page and the following document(s) with you to the Application Service Center:

**Passport; Evidence of approved I-129**

You may also provide any additional documents you feel will support your case.





## Online Nonimmigrant Visa Application (DS-160)

# Confirmation



A A 0 0 E T 5 5 Y V

**This confirms the submission of the Nonimmigrant visa application for:**

| | |
|---|---|
| Name Provided: | REDACTED |
| Date Of Birth: | REDACTED 1989 |
| Place of Birth: | COIMBATORE, INDIA |
| Gender: | Female |
| Country/ Region of Origin (Nationality) : | INDIA |
| Passport Number: | V4027303 |
| Purpose of Travel: | SPOUSE OF AN H (H4) |
| Completed On: | 03 JUL 2025 |
| Confirmation No: | **AA00ET55YV** |

**Location Selected:**

**MDR
U.S. Consulate General Chennai
220 Anna Salai At Gemini Circle
Chennai
600 006**

Version 01.10.4

**THIS IS NOT A VISA**

Note: Electronically submitting your DS-160 online application is the FIRST STEP in the visa application process. The next step is to review the internet page of the embassy or consulate where you plan to apply for your visa. Most visa applicants will need to schedule a visa interview, though some applicants may qualify for visa renewal. The embassy or consulate information may include specific local instructions about scheduling interviews, submitting your visa application, and other frequently asked questions.

**YOU MUST BRING** the confirmation page and the following document(s) with you to the Application Service Center:

   **Passport**

You may also provide any additional documents you feel will support your case.



A A 0 0 E T 5 5 Y V