

**Consulate General of the United States of America**
**Hyderabad, India**

**DS-160 BARCODE ID or CASE NUMBER:** _____

Your visa application has been refused under section **221(g)** of the U.S. Immigration and Nationality Act (INA). No visa shall be issued unless an application is complete.

☑ Your application requires additional administrative processing.

☐ You will receive further instructions at the e-mail address you provided in your application. If you did not provide an e-mail address, or if you do not hear from us within **five business days**, you should email us at **HydADMIN@state.gov**. You can check the status of your case by visiting our website at ***https://ceac.state.gov/CEACStatTracker/Status.aspx*** and type in your DS-160 Barcode ID or your case number. The website is updated regularly to reflect the most recent status of your case.

☐ If you have been requested to submit the below listed documents, please scan and send any requested documents via email at **HydAdmin@state.gov**. Please **do not** submit any hard copies or originals unless you have been specifically asked to do so.

_____

☐ Please send your new I-20 with a future program start date that is at least three weeks from now. Please contact your university's designated school official (DSO) for a new I-20 with revised start date.

☐ You must appear for a visa interview with a consular officer at U.S. Consulate General, Hyderabad on any working day between 10:00 a.m. to 11:00 am. Do not pay a new MRV fee for the follow-up appointment and please bring this letter and your passport along with you. Please visit our website for our list of holidays, https://in.usembassy.gov/holiday-calendar/.

☐ New Passport is required as:   ☐ Passport is damaged / Bio-page lamination is peeling
                                  ☐ Passport is no longer valid.
                                  ☐ Other_____.

**General instructions:** If you have been asked to submit/pickup your valid passport or document for further processing of your nonimmigrant visa case at one of the Visa Application Centers / OFC no additional fee will be charged for this service. If you submit/pickup your passport or document at any other locations, you will need to pay the required fee for every passport or document packet at the time of submission / pickup. Please visit our website, **https://www.ustraveldocs.com/in/en** for further information.

**Warning: Failing to submit the above requested information or documents within one year from your interview date will cause your visa application / case to expire.**

Please be advised that you should only receive information from the U.S. Consulate or U.S. Embassy about your case. Additionally, the fees that you paid at the time you applied for your visa are the only fees that you should be paying. If any other organization, consultancy, or person contacts you regarding your visa, or requests any additional fees, please inform the Consulate at **HydCEA@state.gov**.

**EXHIBIT B**



**Consulate General of the United States of America**
**Hyderabad, India**

CASE NUMBER: _20251884500019_

Dear Applicant:

We are unable to issue your nonimmigrant visa at this time as your case requires additional processing. Your visa application has been refused under section **221(g)** of the United States Immigration and Nationality Act (INA) until you undergo the required medical examination.

Please contact our panel physician listed below to schedule an appointment for an examination by any physician on this list. There will be fees that you will have to pay during the medical examination process.

Kindly refrain from any other means of contacting the Panel Physician. The final medical report will be sent to us as a scanned copy.

### Approved Panel Physicians for Nonimmigrant Visa Applicants

**HYDERABAD**
Centre for Migration Medicine (CMM)
Do make an appointment with one of the Panel Physicians at CMM at
https://www.migrationmedicine.com/contact-us/#appointment
Or visit the website of CMM which is migrationmedicine.com and go to the appointments page

**MUMBAI**
Rele Clinic, 10AA, Gita Building, Pandita Ramabai Road, Gamdevi, Mumbai 400 007
Tel.No: 022 2361 3737 / 2361 3838
www.releclinic.com

**DELHI**
Max Med Center, First Floor, 26A, Ring Road, Lajpat Nagar-4, New Delhi 110 024
Tel. No.: +91 8860444888
Time: Monday through Saturday (except for legal holidays) 09:00 a.m. to 5:00 p.m.

**CHENNAI**
Apollo Personalized Health Check Block, 4th Floor (Opp to Apollo Main Hospital, Greams Road),
Wallace Garden 1st Street, Chennai - 600006
Tel No: 044 2829 6699 / 044 40401066
Email id:
immigration_cni@apollohospitals.com
https://www.apollohospitals.com/chennai/health-check/visa-medical-checks/united-states-of-america/

**GUJARAT**
Apollo Hospital, Near Indira Bridge, Dist.: Gandhinagar, Ahmedabad 382 428
Tel. No: 079 6670 1800 Extn: 2002
Timings: 8:00 a.m. to 5:00 p.m. (Monday to Saturday).

Apollo Clinic, Mann Complex, Anand Mahal Road, Adajan, Surat
Tel. No.: 0261 2790202 and 98797 67977

**PUNJAB**
Max Super Specialty Hospital, Near Civil Hospital, Phase-VI, Mohali 160 055, Punjab
Tel. No.: +91 172 6652000

**For any inquiries, please call the call center numbers mentioned at the website https://ustraveldocs.com/in/en**

EXHIBIT B