**Gmail**                                                Senthil Kumar Bathirappan <bsenthilkumarmca@gmail.com>

---

## Casework Request >> Digital Privacy Release for Senthil Bathirappan

**Dodd, Daniella** <Daniella.Dodd@mail.house.gov>                                    Thu, Mar 12, 2026 at 11:22 PM
To: REDACTED @gmail.com>

Good afternoon, REDACTED ,

Please see below for the response we received from the Consulate:

---------------------------

*Dear Congressman Gabe Amo,*
*Thank you for your March 5  follow-up email inquiry regarding the nonimmigrant visa application of* REDACTED .

*We greatly sympathize with Mr.* REDACTED *'s situation and know this is a major inconvenience. We regret that we cannot provide a more satisfactory response. At this time the case refused under 221(g) for necessary "administrative processing".*

*The duration of time required to complete such processing varies on a case-by-case basis Unfortunately, we are unable to predict when the administrative processing of Mr.* REDACTED *'s case will conclude or further expedite the administrative processing.*

*The Nonimmigrant Visa Unit of the U.S. Consulate General in Hyderabad will contact Mr.* REDACTED *if/when an update becomes available.*

*We appreciate Mr.* REDACTED *'s patience. The status of the case can be checked online by using the Visa Status Check at* https://ceac.state.gov/ceacstattracker/status.aspx

*Respectfully,*

**Consular Information Unit**
*U.S. Embassy, New Delhi*
*Consular Section*
---------------------------

Kindly let me know if you have any questions.

Best regards,

## Daniella Dodd
Casework Manager
Congressman Gabe Amo (RI-01)



10 Charles Street, Suite 200
Providence, RI 02904
(401) 729-5600 Office
(401) 729-5608 Fax

EXHIBIT D